Case 2:11-cv-03644-MAS   Document 174   Filed 02/07/12   Page 1 of 3 PageID: 2247

CL

Document Electronically Filed

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------x

MONTY DAVIS, et al.,

    Plaintiffs,

v.

DAVID M. CONNOLLY,

    Defendant.

Civil Action No.: 2:11-CV-03644

**STIPULATION AND ORDER**

------------------------------------

ILLINOIS UNION INSURANCE COMPANY,

    Plaintiff,

v.

DONALD V. BIASE, et al.,

    Defendants.

Civil Action No. 2:11-cv-02019

------------------------------------x

THIS MATTER having been brought before the Court on application of Illinois Union Insurance Company and Monty L. Davis, Mary R. Davis, Richard L. Bergmark, Toni M. Bergmark and Edward P. Boykin, Phyllis A. Boykin, Azis S. Hasan, Carol A. Hasan, Ronald K. Walker and Jane C. Walker having consented to the relief sought herein; and for good cause shown,

13133

IT IS, on this ___8___ day of ___February___, 2012,

ORDERED that all claims, counter-claims and cross-claims in this action are hereby dismissed with prejudice and without costs against any party.

_____
Stanley R. Chesler, U.S.D.J.

CONSENTED TO AS TO
FORM AND SUBSTANCE:


COZEN O'CONNOR
Attorneys for Illinois Union Insurance Company

By: _____   Dated: January 31, 2012
    Jerrold N. Poslusny, Jr.

HERRICK, FEINSTEIN LLP
Attorneys for Monty L. Davis, Mary R. Davis,
Richard L. Bergmark and Toni M. Bergmark

By: _____   Dated: January 31, 2012
    Scott T. Tross

MCELROY, DEUTSCH, MULVANEY & CARPERNTER, LLP
Attorneys for Edward P. Boykin, Phyllis A. Boykin,
Azis S. Hasan, Carol A. Hasan, Ronald K. Walker
and Jane C. Walker

By: _____   Dated: January 31, 2012
    Louis A. Modugno

2

DUGHI & HEWIT P.C.
Attorneys for Edward P. Boykin, Phyllis A. Boykin,
Azis S. Hasan, Carol A. Hasan, Ronald K. Walker
and Jane C. Walker

By: _____          Dated: January 31, 2012
    Douglas M. Singleterry